In the Matter of the Application of THE CITY OF NEW YORK, Appellant, Relative to Acquiring Title Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose in Fee to the Real Property Required for the Opening and Extending of Hylan (Southside) Boulevard, etc., in the Borough of Richmond, City of New York. SAMUEL BRILL, Respondent.— The decision of this court handed down on June 24, 1932 [*ante*, p. 691], is hereby amended to read as fol-

---

* Added by Laws of 1925, chap. 113.— [REP.

lows: Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Appellant, to Acquire Title to the Real Property for the Opening of Clove Avenue (Road), etc., in the Borough of Richmond, City of New York. SAMUEL BRILL, Respondent.— The decision of this court handed down on June 24, 1932 [ante, p. 691], is hereby amended to read as follows: Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.